UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
**ESTHER SALAS**
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING
COURTHOUSE
50 WALNUT ST.
ROOM 5076
NEWARK, NJ 07101
973-297-4887

October 18, 2017

## LETTER ORDER

**Re:** *Pinckney v. Essex Probation Child Support Unit, et al.*
**Civil Action No. 17-3794 (ES) (MAH)**

Dear Litigants:

On October 16, 2017, Magistrate Judge Michael A. Hammer granted Defendants' motions to vacate the Clerk of Court's entry of default against each Defendant. (*See* D.E. No. 26). As such, entry of default against the Defendants in this matter has been vacated. (*See* D.E. Nos. 14 & 17).

Accordingly, the Court must DENY Plaintiff's pending motions for default judgment against these Defendants (*see* D.E. Nos. 23 & 24) at this time. *See Stackhouse v. Boyd*, No. 07-5502, 2009 WL 1874175, at *1 (D.N.J. June 30, 2009) ("[E]ntry of default judgment is a two-part process; default judgment may be entered only upon the entry of default by the Clerk of the Court.") (citation omitted); *see also Paris v. Pennsauken Sch. Dist.*, No. 12-7355, 2013 WL 4047638, at *5 (D.N.J. Aug. 9, 2013) ("Given that the Court has already determined that good cause exists to grant the . . . Defendants' Motion to Vacate Clerk's Entry of Default, the Court will deny Plaintiffs' request for a default judgment to be entered against these Defendants.").

The Clerk of Court shall terminate Docket Entry Nos. 23 and 24.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.D.J.**